UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**              )<br>                                                                  )<br>        **v.**                                                   )<br>                                                                  )<br>**JASPER COLLINSON**                          )<br>                                                                  )<br>                        *Defendant.*            )<br>_____)  | Case: 1:25-mj-00261<br>Assigned To: Judge Sharbaugh, Matthew J.<br>Assign. Date: 11/5/2025<br>Description: COMPLAINT W/ARREST WARRANT<br><br>**UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Timothy Palchak, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging JASPER COLLINSON with distribution of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § § 2252(a)(2) and (b)(1). Specifically, while residing outside of the District of Columbia, on or about October 28, 2025, and October 29, 2025, COLLINSON knowingly distributed material involving the sexual exploitation of minors via the chatting application Telegram into the District of Columbia.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

**AFFIANT BACKGROUND**

4. I am currently a Senior Police Officer (SPO) with the Metropolitan Police Department (MPD) / FBI Child Exploitation and Human Trafficking Task Force (CEHTTF). My tenure with the MPD spans 30 years, and I have been conducting criminal investigations in this capacity for more than 20 years. I am responsible for investigating federal Child Exploitation offenses to include the advertisement of child pornography and attempt sexual exploitation of children. As a task force member, I am authorized to investigate violations of United States laws and to execute search warrants issued under the authority of the United States. I have gained experience in such investigations through formal training and on-the-job training with more experienced detectives and agents. I have received training and experience in interviewing and interrogation techniques, peer-to-peer file sharing investigations, arrest procedures, search warrant applications, surveillance, and a variety of other investigative tools available to law enforcement officers.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. §§ 2252(a)(2) and (b)(1) (the "Target Offense") have been committed by JASPER COLLINSON ("the Subject") and others known and unknown.

**PROBABLE CAUSE**

7. Leading up to Tuesday, October 22, 2025, a Federal Bureau of Investigation

(FBI) Washington Field Office (WFO) Task Force Officer (TFO) was acting in an undercover capacity (UC) as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C.  In that capacity, the UC entered a social media platform known to the UC as a place where people meet to discuss various fetishes among other things. The application is a privacy-oriented, anonymous social media app for sharing, venting, and connecting in a less identity-driven way. It allows you to engage in communities, post and reply anonymously, choose connections nearby or globally, and focus more on content than persona.

8.     While in this platform the undersigned posted the following message, "Any other and open minded tabu/kinky people here with few to no limits in the DMV looking for fun?" A user with a profile indicating that they were from Howard County, Maryland, initiated a private chat with the undersigned. This person was subsequently identified as JASPER COLLINSON ("Subject").

9.     During the course of the chat the UC asked COLLINSON, "what kinna naughty things u into." COLLINSON responded, "All sorts of stuff. The kinkier the better. Roleplay, bondage, piss, CNC, and lots of other stuff too, too much to list."

10.    During the course of the chat the UC provided his KIK account screen name and began communicating with COLLINSON on KIK private messenger. COLLINSON used the screen name, "robotmobot" with a display name of, "Jazz the pup." COLLINSON used a dog emoji as the profile picture with a smaller emoji of a slice of pizza attached. Based on your affiant's training and experience, a pizza emoji is often used by individuals that have an interest in child pornography.

11.    During the course of the chat the UC asked COLLINSON, "So what's the

naughtiest thing you have done." COLLINSON responded, "I've done so much.... Used to have a friend whod make me do coke or tina and then watch CP as we messed around." Your affiant knows from experience that CP is short for child pornography.

12.  During the course of the chat the UC informed COLLINSON that he was sexually active with his purported 6-year-old daughter. The following is a portion of the chat:

> Collinson: So you actually done anything or just watched vids.
>
> UC: Both, I dont play with the 12 but i do with the 6. She jerks, sucks, and I lick her pussy and ass and cum on her. She is really cool and safe. I would never trust the 12, she is more like a step anyway and hasn't been around lately.
>
> Collinson: That's so hot
>
> UC: Omg I cum soooo much.
>
> Collinson: My current stance is, I'm not gonna actively seek it out, but if the opportunity presented itself, I don't think I could resist the temptation.

13.  During the course of the chat the UC provided his cell number to COLLINSON and COLLINSON in turn texted the UC using the number, ███████.

14.  During the course of the chat COLLINSON described a situation involving two friends who were recently investigated by law enforcement. The following is a portion of that chat:

> Collinson: I just have so much fear over getting caught. I've got two friends in prison over this stuff. And yet I keep coming back to it. Guilty pleasures and inability to resist temptation.
>
> UC: Lol, omg how they get caught.
>
> Collinson: Well one tried to convince a couple of teens to sleep with him in exchange for booze, the girls took the booze and ran and told the cops on him.
>
> UC: What bitches, that's fucked up.

Collinson: Yeah. The other one, I'm not 100 percent sure, but it seems like his IP was traced or something, just wasnt being careful enough when browsing. That one was much more recent.

UC: Ah that blows.

Collinson: I was with him when they came. They searched my phone. Its a miracle they didn't find anything. I had basically resigned myself to getting caught with him, but somehow they let me walk. The fear from that experience should've scared me off this stuff for good, but here I am, less than two weeks later.

UC: Omg, thats terrifying lol, Do you think he had shit on his phone.

Collinson: Idk, we didnt really talk about it much. We both knew the other was into it but we had other kinks we focused on.

UC: Ah ok cool, well thankfully it all worked out.

Collinson: I miss him though.

UC: I bet.

Collinson: Never involved her but his autistic daughter was around when we fucked, was kinda hot when she watched, but mostly she was just doing her own thing while we did ours. Idk if he did anything with her that I didn't know about.

UC: Thats still hot as fuck! How old is she

Collinson: Not sure like 6-8 range.

UC: Nice!

Collinson: Crazy cute, but I never could've done anything with her without asking him, and I was to scared to ask him.

15.     On October 8, 2025, the UC investigated a distribution of CSAM case involving a Suspect. Baltimore FBI executed a search warrant at this residence and located a second individual located in the residence along with the Suspect. The UC was able to confirm the identity of this individual as JASPER COLLINSON, DOB: ▬▬▬▬. The UC also verified with the Baltimore FBI that they did conduct a cursory search of COLLINSON's phone and returned the phone back to COLLINSON. The Baltimore FBI also confirmed that an autistic

female child of the Suspect was present in the home.

16. During the course of the chat COLLINSON provided a Telegram account name, "@fernfox422" and began a private messenger conversation on October 28, 2025.

UC: Hey Jon from kik

Collinson: Hey

UC: This is safer for sure

Collinson: Agreed. So, a lil sneak of my stash.

UC: Yes! I would love that.

17. COLLINSON then sent the UC the following six videos:

   a. A video of a young female who appears to be prepubescent or low teens sucking on an adult penis. The video is 11 seconds in length.

   b. A video of a young teen female in a bathroom removing her clothes. The young teen masturbates her vagina with her fingers. The video is five minutes and 44 seconds in length.

   c. A video depicting a young teen female have vaginal intercourse with an adult male. The video is 10 seconds in length.

   d. A video depicting a prepubescent female being anally penetrated by an adult male penis. The video is 14 seconds in length.

   e. A video depicting a young pubescent teen having vaginal intercourse with an adult male. The video is 1 minute and 37 seconds in length.

   f. A video depicting a young pubescent teen having vaginal intercourse with an adult male. The video is 34 seconds in length.

18. The UC asked COLLINSON, "are those the most hardcore you have."

COLLINSON responded, "No, just the most recent. I don't have them stored any particular way, so I just grabbed what was last posted in the channel I keep them in."

19. Later in the chat, COLLINSON informed the UC that COLLINSON is currently in a private group on Telegram but unable to invite anyone to the group.

20. On October 29, 2025, after the UC asked whether COLLINSON had "Any good post from the private group," COLLINSON sent the UC three additional videos via Telegram. The videos depict the following:

   a. A video that depicts an adult male having vaginal intercourse with a prepubescent female. The video is one minute and 31 seconds in length.

   b. A video depicting an adult male pressing his penis on the vagina of a toddler child. A woman's hands are seen spreading the child's vagina. The video is 10 seconds in length.

   c. A video of two men groping and having vaginal sex with a toddler aged child. The video is 27 seconds in length.

21. During the course of the chat COLLINSON stated that COLLINSON met a male online that resided in DC who was supposed to introduce COLLINSON to a 17-year-old male for the purpose of sex. COLLINSON stated that the meet never happened due to the 17-year-old being grounded by his parents.

22. COLLINSON agreed to meet the UC on November 5, 2025, at a prearranged location in Washington, DC for the purpose of engaging in a sexual encounter with the UC. COLLINSON informed that UC that COLLINSON would be wearing a blue hoodie and black cargo pants. COLLINSON arrived at the prearranged location wearing the aforementioned attire. The UC made eye contact with COLLINSON and said, "Hey Jazz," a name used by

COLLINSON in previous chats. COLLINSON acknowledged the UC stating, "hi" and sat next to the UC at the bar. On November 5, 2025, COLLINSON was arrested without incident and transported to the WFO FBI for processing. COLLINSON possessed a valid Maryland Driver's license bearing the name, JASPER COLLINSON and Date of Birth of ▮▮▮▮▮

## CONCLUSION

23.    For the reasons set forth above, I submit that probable cause exists to believe that on or about October 28, 2025, and October 29, 2025 while residing outside the District of Columbia, COLLINSON knowingly distributed material involving the sexual exploitation of minors via the messaging application Telegram into the District of Columbia, in violation of 18 U.S.C. §§ 2252(a)(2), (b)(1). I respectfully request that a criminal complaint be issued for COLLINSON.

Respectfully submitted,

_____
Timothy Palchak
Senior Police Officer
Metropolitan Police Department of DC

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on November 5, 2025.

_____
The Honorable Matthew J. Sharbaugh
United States Magistrate Judge